**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nicole Marie Hill,

Plaintiff,

v.

Ungerman, Inc.,

Defendant.

Civil No. 26-4175 (DWF/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Douglas L. Micko dated October 20, 2026. (Doc. No. 7.) No objections have been filed during the time permitted under Local Rule 72.2(b)(1). When no objections are filed, a district court need only review the Report and Recommendation for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report and Recommendation, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Douglas L. Micko's Report and Recommendation dated October 20, 2026 (Doc. No. [7]) is **ADOPTED**.

2. Plaintiff Nicole Marie Hill's complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE** for failure to adequately plead subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 5, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge